**UNITED STATES of America,**
**Plaintiff—Appellee,**

**v.**

**Jesus Tomas ORTIZ PORTILLO,**
**a/k/a Jesus Tomas Portillo,**
**Defendant—Appellant.**

**No. 04–50395.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

Wayne Parks, Tehachapi, CA, pro se.

Daniel J. Kossick, Department of Justice, Office of the Attorney General, Sacramento, CA, for Respondent.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Jesus Tomas Ortiz Portillo appeals from the 57–month sentence imposed following his guilty plea to being an illegal alien found in the United States after having been deported, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand to the sentencing court for further proceedings consistent with *United*

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

*States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005). On remand, the district court shall amend the judgment to reflect the statute of conviction.

**REMANDED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

